**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DENNIS WEDEKIND, JR.,<br>Plaintiff<br>v.<br>MCDONOGH SCHOOL, INC.,<br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. SAG-24-1065 |
| LEVI B. MILLER, IV,<br>Plaintiff<br>v.<br>MCDONOGH SCHOOL, INC.,<br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. SAG-25-0795 |
| JOHN DOE,<br>Plaintiff<br>v.<br>MCDONOGH SCHOOL, INC.,<br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. SAG-25-01551 |
| JOHN DOE,<br>Plaintiff<br>v.<br>MCDONOGH SCHOOL, INC.,<br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. SAG-25-01552 |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Magistrate Judge Erin Aslan's Memorandum Opinion and Order, ECF 67 and 68 in SAG-25-00795; ECF 57 and 58 in SAG-24-01065; ECF 56 and 57 in SAG-25-01551; ECF 57 and 58 in SAG-25-01552, are MODIFIED pursuant to Federal Rule of Civil Procedure 72(a) to allow redaction of the years of a victim's or witness's attendance at or graduation from McDonogh, the years of alleged abusive acts, and the names of witnesses who spoke with T&M;
2. Defendant McDonogh School, Inc.'s notices of objections to Judge Aslan's Memorandum Opinion and Order, ECF 75 in SAG-25-00795; ECF 64 in SAG-24-01065; ECF 65 in SAG-25-01551; ECF 66 in SAG-25-01552, are otherwise OVERRULED;
3. The emergency motions to stay production, ECF 72 (redacted) and 73 (unredacted) in SAG-25-00795; ECF 61 (redacted) and 62 (unredacted) in SAG-24-01065; ECF 62 (redacted) and 63 (unredacted) in SAG-25-01551; ECF 63 (redacted) and 64 (unredacted) in SAG-25-01552, are DENIED AS MOOT;
4. Redaction of the T&M interview notes is PERMITTED to redact information post-dating 1990 or dealing with student-on-student sexual misconduct.

Date: February 27, 2026

/s/
Stephanie A. Gallagher
United States District Judge